# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00013-KJD-BNW |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| GEORGE ORVILLE TURNER, JR., | |
| Defendant. | |

## FINDINGS OF FACT, CONCLUSIONS OF LAW

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Counsel for the defendant needs additional time to investigate the charge and prepare pretrial motions.

2.      The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time to investigate the charge and prepare pretrial motions.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

3

1

**ORDER**

2       IT IS THEREFORE ORDERED that the parties herein shall have to and including

3   September 13, 2021, within which to file the Defendant's pretrial motions.

4       IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they

5   shall have to and including September 27, 2021, to file any and all responsive pleadings.

6       IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they

7   shall have to and including October 4, 2021, to file any and all replies to dispositive motions.

8       DATED this 11th day of August 2021.

9

10                                 _____

                                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26