## Index of Exhibits

| No. | Document |
|-----|----------|
| A | Search Warrant Officer's Report |
| B | Facebook Search Warrant |
| C | Arrest Report |
| D | Search Warrant for Home |
| E | Judgment – 20-CR-003033 State Case |