# EXHIBIT "A"

(Search Warrant Officer's Report)

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT OFFICER'S REPORT

Event #: LLV200700083629

Enter Event Number

**Search Warrant**
SUBJECT

| | | | |
|---|---|---|---|
| DIVISION REPORTING: | CCAC | DIVISION OF OCCURRENCE: | DTAC |
| DATE & TIME OCCURRED: | 11/08/2020 2140 Hours | LOCATION OF OCCURRENCE: | ▇ Mesquite Ave #3, LV, NV 89101 |

**Summary:**

On July 6th 2020 I observed on my fake Facebook profile someone under the profile name "Kizzy Chapo" post an advertisement for fake ID's. Through investigation I revealed that his name is George Turner. Turner posted multiple times about making fake ID's and getting them sent out. Enough probable cause and reasonable suspicion was found and a search warrant was obtained granting access to his "Kizzy Chapo" and "George Turner" page. There was no evidentiary value found in the "George Turner" page. Inside of the "Kizzy Chapo" page I found that Turner was only facilitating the forgery of the ID's. He was using a website in which he just punched in the consumer's desired information and pressed send. He would request payment, obtain that payment, and then gain the consumer's desired information. It was also revealed that Turner talked with a friend about him getting another gun, specifically a Glock. Due to revealing all of that information I obtained a warrant, electronically obtained and filed, to search Turner's residence, his person, and to get a buccal swab. We followed up with Turner on his report of MDPP, reference LLV201100003069, and called and left a message saying that we would come to his house and follow up, and then knocked on his door. He answered his door, invited us in, and we talked for a moment about his ex-girlfriend busting his windows. We then detained him and served the search warrant.

**PERSONS:**

| Person Type | Number | Last Name | First Name | Middle | | Suffix |
|---|---|---|---|---|---|---|
| Arrestee | 1 | Turner | George | Orville | | Jr |
| Driver License | State / Country | Date of Birth | SSN | ID Number | Race | Sex | Height | Weight | Hair | Eyes |
| ▇9113 | NV/USA | ▇1991 | ▇2359 | ▇8621 | B | M | 5'9" | 180 | Bla | Bro |
| Street Address | | City | | State | | Zip | | Phone Number | | |
| ▇ Mesquite Ave #3 | | Las Vegas | | Nevada | | 89101 | | ▇-8997 | | |
| Charges | | | | | | Gang Affiliation | | | | |
| Conspiracy to commit forgery (GM), Poss doc/pers ID to commit forge/c-flt (F X2), Poss ID info for false stat/occup/lic/ID (F), Own/poss gun by prohibit person (F), Fail by conv pers to comply W/NRS 179C | | | | | | None | | | | |

**Officers / Medical / Others Involved:**

**DETECTIVES:**

| Name | Personnel Number | Unit | Section / Bureau / Agency |
|---|---|---|---|
| E. Perkett | 14152 | 783FC | Financial Crimes |

+ Add Another Detective

**PATROL OFFICERS:**

| Name | Personnel Number | Unit | Section / Bureau / Agency |
|---|---|---|---|
| L. Jex | 16622 | 8M54 | CC15 |
| K. Quimiro | 17390 | 8M54 | CC15 |

Date and Time of Report  11/17/2020 2259    Officer: L. JEX    P#: 16622

Approved By: J. HANSHEW 9664    Officer: _____    P#: _____

Signature: [signed] 16622

LVMPD 571 (Rev. 08/26/2020)

002808

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT OFFICER'S REPORT

Event #: LLV200700083629

| Name | | | |
|---|---|---|---|
| M. Karam | 16913 | 8M55 | CC15 |
| A. Lewsader | 16880 | 8M55 | CC15 |
| M. Shirts | 17050 | 8M50 | CC15 |
| K. Hoag | 15961 | 8M51 | CC15 |
| J. Escobar | 15034 | 8M57 | CC15 |
| A. Denson | 15763 | 8M52 | CC15 |
| T. Crumrine | 8881 | 659 | CC44 |

+ Add Another Patrol Officer

**Search Warrant Phase:**

The warrant was approved by District Attorney Elizabeth Mercer. The warrant was obtained and signed electronically by Honorable District Court Judge Valerie Adair November 7th, 2020. The warrant was reviewed and approved by Sergeant J. Hanshew P#9664.

**Entry Phase:**

Reference LVMPD event LLV201100003069 Turner called the police after someone threw large rocks through his residence windows. He filed a complaint and wanted to press charges. He believed that the suspect was his ex-girlfriend. I attempted to contact Turner via phone call to follow up on his complaint. He did not answer, and a voicemail message was left advising him that officers were in the area and were following up on other cases and that we would come to his residence to follow up on his complaint and attempt to get suspect information. When officers knocked on his door he cordially and immediately invited us in to speak with him. Short conversation was had and then Turner was detained by Officer Shirts.

**Investigation Phase:**

While the search of Turner's residence was being conducted, myself and K. Quimiro P#17390 conducted a interview/interrogation with Turner at CCAC in interview room #2. Turner was told initially that there was an investigation going on because he was an ex-felon and has yet to register with the LVMPD as a convicted felon. As the interview was being conducted, I showed Turner printed photos of things that he posted to his Facebook accounts. When it came down to the sale and advertising of fraudulent/counterfeited ID's he said that he has a friend that asks him to post that information for him. He said that by posting that it gets more people to look at his pages and his tattooing, and by doing that he is getting more tattoo business. Turner said that he isn't middle manning the fake ID's but is just advertising it to get more people on his Facebook. Turner said that he goes to the website www.bogusbraxtor.com and is taking photos off of there and posting those photos. He said that the website is where the fake documents are found. When asked about his private messages and the things that he posted himself he said that there's a chance that his ex-girlfriend got in his page and posted that stuff.

**Search Phase:**

All of the above-mentioned officers and sergeants were present during the search except myself, Quimiro, and Shirts. Shirts transported Turner to CCAC for interview, and Quimiro and I were at CCDC conducting the interview. All items of evidence were impounded under event LLV201100033823.

**EVIDENCE:**

| Item# | Description | Who Located | Where Located |
|---|---|---|---|
| Package 1: Item 1 | Black Glock 48, Serial: BRLK726, 4" barrel, 9mm, semi-automatic, manufactured in Austria | Sgt. Crumrine | Oven broiler tray/drawer (Bottom of the oven) |
| Package 1: Item 2 | 2 10 round 9mm magazines (both loaded with 10 rounds) | Sgt. Crumrine | Oven broiler tray/drawer (Bottom of the oven) |
| Package 2: Item 3 | 30 9mm rounds in 50 round Blazer Ammunition box (matching ammunition in the firearm) | J. Escobar | Cabinet above sink |

Date and Time of Report: 11/17/2020 2259  Officer: L. JEX  P#: 16622

Approved By: J. HANSHEW 9664  Officer: _____  P#: _____

Signature: _____ 16622

LVMPD 571 (Rev. 08/26/2020)

002809

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT OFFICER'S REPORT

Event #:  LLV200700083629

| | | | |
|---|---|---|---|
| Package 3: Item 4 | 14,300 prop (fake for movies/videos) $100.00 bills | J. Escobar | Cabinet above sink inside Bible box |
| Package 3: Item 5 | Bible Box | J. Escobar | Cabinet above sink |
| Package 3: Item 6 | Red Apple iPhone | K. Quimiro | Was in Turner's hand when taken into custody |
| Package 3: Item 7 | 2 black Apple iPhones | K. Hoag | One found on table next to large couch and one found in first bedroom on TV stand |
| Package 3: Item 8 | Black LG phone | K. Hoag | First bedroom TV stand |
| Package 3: Item 9 | Black Laptop | K. Hoag | Desk in kitchen |
| Package 3: Item 10 | Misc. paperwork in folder (fraud related paperwork/how to type) | A. Denson | Above/on top of kitchen cabinets |
| Package 4: Item 11 | Fake New Jersey License #▮▮▮▮912 Name on card: Tyriek S Bennett DOB on card: ▮▮▮▮ | K. Hoag | Under pillow in second bedroom |
| Package 4: Item 12 | Nevada EBT card ▮▮▮▮1185 (With Turner's name) | K. Hoag | Under pillow in second bedroom |
| Package 4: Item 13 | New Jersey EBT card #601434006673840 (With Turner's name) | K. Hoag | Under pillow in second bedroom |
| Package 5: Item 14 | Glock case with cleaning kit (Serial number on case matched the number on the gun) | T. Crumrine | Oven broiler tray/drawer (Bottom of the oven) |
| Package 6: Item 15 | Buccal swab kit | K. Quimiro | CCAC interview room #2 |

**Securing Phase:**

Print Document

Date and Time of Report: 11/17/2020 2259    Officer: L. Jex    P#: 16622

Approved By: J9664H  J. Hanshew 9664    Officer: ___    P#: ___

Signature: ___ 16624

LVMPD 571 (Rev. 08/26/2020)

002810