# EXHIBIT "B"

## (Facebook Search Warrant)

8/4/2020

IN RE: SEARCH WARRANT for            )
Custodian of Records, Facebook Inc.  )
████ Willow Road                     )
Menlo Park, CA 94025                 )   **ORDER OF NON-**
Username(s): "Kizzy Chapo"           )   **DISCLOSURE**
"George Purner"                      )
                                     )

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

The Court grants the attached Order, directing Facebook, Inc. to provide the affiant with the records and information described in the attached order and (2) directing that the Application and Order be sealed; and that the notification by the government otherwise required under 18 U.S.C 2703(b) be delayed for ninety days; and (3) directing Facebook, Inc. not to disclose the existence or content of the Order, except to the extent necessary to carry out the Orders.

DATED this ___4th___ day of ___August___, ___2020___.

Dated this 4th day of August, 2020

_____
JUDGE

/s/ L. Jex P#16622    L. JEX P#16622
AFFIANT

75B EA7 D305 2308
Jerry A. Wiese
District Court Judge

LVMPD 360 (Rev. 1/08) • AUTOMATED WORD 2010

SW-20-02139
002670

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Event #: __LLV200700083629__

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

| STATE OF NEVADA | ) | "George Turner" |
|---|---|---|
| | ) ss: | |
| COUNTY OF CLARK | ) | "Kizzy Chapo" |

L. Jex, P# 16622, being first duly sworn, deposes and says that he is the affiant herein and is an Officer with the Las Vegas Metropolitan Police Department (LVMPD) presently assigned to the Convention Center Flex Team. That he has been employed with the LVMPD for the past 3 years and has been assigned to the Convention Center Flex Team for the past 6 months.

There is probable cause to believe that certain property hereinafter described will be found at the following described premises, to-wit: **Facebook, Inc., ▮ Willow Road, Menlo Park, California 94025**

The property referred to and sought to be seized consists of the following:

**The account(s) and/or profile(s) identified below:**

A. "Kizzy Chapo," https://www.facebook.com/kizzy.chapo

B. "George Turner," https://www.facebook.com/profile.php?id=100009000387024

**1. Basic user identity information** - The date the profile was created; First and last names provided by the user; user ID; an email address provided by the user; City, State, country; Account creation date and time; IP address at time of sign up.

**2. IP address logs** - Historical IP logs from June 01, 2020 to current date.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
(Continuation)

Event #: LLV200700083629

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

3. Private user communications - Private in-box messages, private sent messages, and private messages in the trash folder from June 01, 2020 to current date.

4. Stored user files - photographs, videos, blogs, and classifieds.

5. Public wall messages / postings from June 01, 2020 to current date.

6. Other general information / records - Users date of birth, Gender, Hometown, Occupation, as well as historical private message header information.

7. Phone numbers associated to the account and/or profile

8. Any and all "Facebook Messenger" application messages to include but not limited to Private in-box messages, private sent messages, and private messages in the trash folder from June 01, 2020 to current date.

The property hereinbefore described constitutes evidence which tends to demonstrate that the criminal offense of **Forgery NRS 205.090 and Conspiracy to Commit Forgery NRS 205.090** has been committed.

In support of your affiant's assertion to constitute the existence of probable cause, the following facts are offered:

As further outlined below, there have been multiple posts made to an open source social media page, Facebook, under the profile "Kizzy Chapo" referring to Forgery and/or related crimes. The "Kizzy Chapo" profile picture depicts a man wearing a mask covering his mouth, but his nose and eyes are clearly visible. The account also includes

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
(Continuation)

Event #: LLV200700083629

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

additional pictures of the same individual without the mask. Through your affiant's investigation, including comparison with prior booking photos, it was revealed that the person in the profile picture and user photos on the "Kizzy Chapo" account is George Turner DOB:        1991 SS#:        2359, and LVMPD ID#5988621. The "Kizzy Chapo" account is believed to be related to a secondary Facebook account under the name "George Turner". The "George Turner" account has the same profile picture as the "Kizzy Chapo" account and the name provided as public information on the "George Turner" account is "Kiiz Chapo". The "George Turner" account also has pictures of the same individual without the mask.

The "Kizzy Chapo" account includes a social media post from July 6th, 2020 displaying photos of Nevada, New Jersey, Arizona, California, Florida, Texas and other state driver's licenses and identification cards. Within that post, the poster wrote:

*"Need a drivers license!? Look no further. How do I do it? These drivers license pass every single test possible in any state. From holograms to microprint, from UV to scanning abilities. I prepare the IDs for every single test a bouncer or police officer has out there. They easily pass the bend test, backlight test, & several others you may have never ever heard of. How its delivered? IDs are generally crafted 4-6 days after your order has been placed, & will most likely be in your hands within 2-3 weeks of purchase. Passes the following: clubs, bars, casinos, rental cars, airports, hotels, motels, airbnbs, police traffic stops, warrants/fines, avoid jail time. Contact me for prices!! Prices vary*

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
(Continuation)

Event #: LLV200700083629

depending on state you want. With regular shipping 2-3 weeks, rushed shipping is $40 estimated arrival: 12 days. Only accepting cash app, paypal, venmo payments."

Under that post are comments from other Facebook users inquiring if the post was real. "Kizzy Chapo" then posted a video of a Pennsylvania driver's license with George Turner's photo, but with the name of "Tyreik Shaamad Muhammad." The Pennsylvania driver's license had an ID number of ▌0620. A records check was conducted on that driver's license which revealed that the ID number belongs to a Pennsylvania ID under the name of Natasha Reeves, a female born ▌1981. Due to this, I knew the driver's license bearing George Turner's face but the name "Tyreik Shaamad Muhammad" was a forgery.

Additionally, under the same post on July 6th, 2020, "Kizzy Chapo" had a list of prices for the forged identification cards:

"New Jersey ID: $160, Pennsylvania ID: -Old one $120 -New one $200, Delaware ID: $160, Nevada ID: $180, New York: $200, California ID: -old under 21 $220 -old over 21 $220 -new under 21 $240 -new over 21 $240. With regular shipping 2-3 weeks. Rushed shipping is $40, estimated arrival: 12 days."

The "Kizzy Chapo" profile page also includes a post stating: *"We make fake IDs for the following states:"* and then lists multiple the states. "Kizzy Chapo" has also posted photos stating the process for making and distributing the forged identification cards.

8/4/2020



LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
(Continuation)

Event #: LLV200700083629

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

Based on the foregoing, your affiant believes that George Turner is working to produce fraudulent identification cards, in an effort to distribute the same using e-commerce and open source social media, specifically Facebook. A search warrant is being requested on the Facebook account "George Turner" and "Kizzy Chapo" in order to recover evidence related to the crimes of forgery and conspiracy to commit forgery. The information obtained through Facebook, Inc. profiles "Kizzy Chapo" and "George Turner" would help to identify the account user, the account user's co-conspirators and allow officers to retrieve evidence related to their conspiracy to commit forgery. Since Facebook is a social website, it might also identify other suspects and or witnesses to this crime. It's common for people to privately message each other their knowledge and involvement into such crimes.

As requested by the affiant, the State further requests that this Application and Order be sealed by the Court until such time as the Court directs otherwise, and Facebook, Inc. be ordered to delay any notification required under section 2703(b) of this title for ninety days. Providing prior notice to the subject of this investigation could seriously jeopardize the ongoing investigation, as such a disclosure would give the subscriber an opportunity to destroy evidence, change patterns of behavior, notify confederates, or flee from prosecution.



LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
(Continuation)

Event #: LLV200700083629

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

Wherefore, it is respectfully requested that the Court grant the attached Order, direction Facebook, Inc. to provide the affiant with the records and information described in the attached order and (2) direction that the Application and Order be sealed; and that the notification by the government otherwise required under 18 U.S.C 2703(b) be delayed for ninety days; and (3) directing Facebook, Inc. not to disclose the existence or the content of this Order, except to the extent necessary to carry out the Orders YOUR AFFIANT DECLARES UNDER PENALTY OF PERJURY, under the laws of the State of Nevada that this Affidavit is true and correct.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
(Continuation)

Event #: LLV200700083629

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(2))

WHEREFORE, affiant requests that a Search Warrant be issued directing a search for and seizure of the aforementioned items at the location set forth herein anytime day or night

/s/ L. Jex P#16622
L. Jex, AFFIANT

Subscribed and sworn to before me this __4th__ day of __August__, __2020__
Dated this 4th day of August, 2020

_____
JUDGE

DA Erika Mendoza
Approved by:

3CB 99E 93F6 3B0D
Jerry A. Wiese
District Court Judge

Page 7
002677

# SEARCH WARRANT

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

STATE OF NEVADA  )    *"George Turner"*
                            ) ss:
COUNTY OF CLARK )    *"Kizzy Chapo"*

The State of Nevada, to any Peace Officer in the County of Clark. Proof by Affidavit having been made before me by L. Jex, P# 16622, said Affidavit attached hereto and incorporated herein by reference, that there is probable cause to believe that certain property, namely **The account(s) and/or profile(s) identified below:**

A. "Kizzy Chapo," https://www.facebook.com/kizzy.chapo

B. "George Turner," https://www.facebook.com/profile.php?id=100009000387024

1. Basic user identity information - The date the profile was created; First and last names provided by the user; user ID; an email address provided by the user; City, State, country; Account creation date and time; IP address at time of sign up.

2. IP address logs - Historical IP logs from June 01, 2020 to current date.

3. Private user communications - Private in-box messages, private sent messages, and private messages in the trash folder from June 01, 2020 to current date.

4. Stored user files - photographs, videos, blogs, and classifieds.

5. Public wall messages / postings from June 01, 2020 to current date.

6. Other general information / records - Users date of birth, Gender, Hometown, Occupation, as well as historical private message header information.

7. Phone numbers associated to the account and/or profile

8. Any and all "Facebook Messenger" application messages to include but not

LVMPD 360 (Rev. 1/13) WORD 2010

002678

# SEARCH WARRANT
(Continuation)

Page 2

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

limited to Private in-box messages, private sent messages, and private messages in the trash folder from June 01, 2020 to current date. and limited items of personal property which would tend to establish a possessory interest in the items seized pursuant to this search warrant, such a papers, documents and effects which tend to show possession, dominion and control over said premises, including but not limited to keys, canceled mail envelopes, rental agreements and receipts, utility and telephone bills, prescription bottles, vehicle registration, vehicle repairs and gas receipts. Items which tend to show evidence of motive and/or the identity of the perpetrator such as photographs and undeveloped film, insurance policies and letters, address and telephone records, diaries, governmental notices, whether such items are written, typed or stored on computer disc. Objects which bear a person's name, phone number or address, are presently located at **Facebook, Inc., ▮▮▮Willow Road, Menlo Park, California 94025.**

And as I am satisfied that there is probable cause to believe that said property is located as set forth above and that based upon the affidavit attached hereto there are sufficient grounds for the issuance of the Search Warrant.

002679

# SEARCH WARRANT
### (Continuation)

### Page 3

[Seal: United States of America, District Court of the Eighth Judicial District, County of Clark, State of Nevada]

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

You are hereby commanded to search forthwith said premises for said property, serving this warrant anytime day or night, and if the property is there to seize it, prepare a written inventory of the property seized, and make a return for me within ten days.

Dated this __4th__ day of __August__, __2020__    Dated this 4th day of August, 2020

_____
JUDGE

9BB 2EF 63B6 7BC9
Jerry A. Wiese
District Court Judge

002680

# RETURN
(Must Be Made Within 10 Days of Issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s) was executed on the 4th day of August, 2020: Facebook, Inc., ▮ Willow Road, Menlo Park, California 94025.

A copy of this inventory was left with Facebook, Inc legal processing website.

The following is an inventory of property taken pursuant to the warrant:

**The account(s) and/or profile(s) identified below:**
**A. "Kizzy Chapo," https://www.facebook.com/kizzy.chapo**
**B. "George Turner," https://www.facebook.com/profile.php?id=100009000387024**
**1. Basic user identity information - The date the profile was created; First and last names provided by the user; user ID; an email address provided by the user; City, State, country; Account creation date and time; IP address at time of sign up.**
**2. IP address logs - Historical IP logs from June 01, 2020 to current date.**
**3. Private user communications - Private in-box messages, private sent messages, and private messages in the trash folder from June 01, 2020 to current date.**
**4. Stored user files - photographs, videos, blogs, and classifieds.**
**5. Public wall messages / postings from June 01, 2020 to current date.**
**6. Other general information / records - Users date of birth, Gender, Hometown, Occupation, as well as historical private message header information.**
**7. Phone numbers associated to the account and/or profile**
**8. Any and all "Facebook Messenger" application messages to include but not limited to Private in-box messages, private sent messages, and private messages in the trash folder from June 01, 2020 to current date.**

This inventory was made by: l16622j / k17390q.


002681