CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
supriya.prasad@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

GEORGE ORVILLE TURNER, JR.,

      Defendant.

Case No. 2:21-cr-00013-KJD-BNW

**STIPULATION TO CONTINUE HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for George Orville Turner, Jr., that the hearing currently scheduled for October 14, 2021 at 9:00 a.m. be vacated and continued to a date and time convenient to the Court, but no sooner than one week.

The Stipulation is entered into for the following reasons:

1.    A hearing for defendant's motion to suppress is currently scheduled for October 14, 2021.

2.    Officer Logan Jex, the affiant of the warrants at issue in defendant's motion to

suppress, is currently scheduled to be outside the state of Nevada on October 14, 2021.

3.      The parties believe that the hearing can be further delayed without serious harm to the interests of justice.

4.      The defendant does not object to the continuance.

5.      The parties agree to the continuance.

6.      The parties do not anticipate that granting this continuance will necessitate a continuance of the currently scheduled trial date.

This is the first stipulation to continue filed herein.

DATED this 27th day of September 2021.

CHRISTOPHER CHIOU                    RENE L. VALLADARES
Acting United States Attorney          Federal Public Defender

By /s/ Supriya Prasad_____           By /s/ Nisha Brooks-Whittington___
SUPRIYA PRASAD                        NISHA BROOKS-WHITTINGTON
Assistant United States Attorney        Assistant Federal Public Defender

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

GEORGE ORVILLE TURNER, JR.,

       Defendant.

Case No. 2:21-cr-00013-KJD-BNW

**ORDER**

     IT IS ORDERED that the hearing currently scheduled for October 14, 2021 at 9:00 a.m. be vacated and continued to _____10/19/2021_____ at the hour of _____9 a.m._____

     Dated this __29th__ day of September 2021.

_____
UNITED STATES MAGISTRATE JUDGE