**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　  )<br>　　　　　　　　　　　　　  )<br>　　vs.　　　　　　　　　　  )<br>　　　　　　　　　　　　　  )<br>GEORGE ORVILLE TURNER, JR.,  )<br>　　　　　　　　　　　　　  )<br>　　　　Defendant.　　　　  ) | Case No. 2:21-CR-00013-kjd-bnw<br><br>**ORDER TEMPORARILY**<br>**UNSEALING NOTES** |

　　　On October 20, 2021, Samantha N. McNett, Transcriber, received a Transcript Order form requesting a transcript of the Evidentiary hearing held on October 19, 2021 from Nisha Brooks Whittington, Esq. in which a portion of the hearing was sealed.

　　　**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Nisha Brooks-Whittington, Esq.

　　　**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

　　　**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

　　　DATED this  20th  day of  October , 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Brenda Weksler, U.S. Magistrate Judge