1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| United States of America, | Case No. 2:21-cr-00013-KJD-BNW |
|---|---|
| Plaintiff, | |
| | **ORDER re ECF No. 57** |
| v. | |
| George Orville Turner, Jr., | |
| Defendant. | |

Before the Court is Defendant George Turner's motion seeking additional access to the law library. ECF No. 57. He also filed a supplement. ECF No. 61. No opposition has been filed.

In his motion, Mr. Turner seeks to have access to the law library for two hours a day in order to assist his attorney in preparing his defense. The Court starts by noting that Mr. Turner is represented by counsel. Thus, his needs to access the law library are different from those individuals who are appearing *pro se*.

Counsel for Mr. Turner represented that she had a conversation with the United States Marshals Service and, based on that, it appears that the detention facility would be able to accommodate the request once, and if, this Court issues an order to that effect.

This Court will grant Mr. Turner's motion for *increased access* to the law library. The Court understands that Mr. Turner is currently housed in segregation. This Order is not to be construed to require the detention facility to make changes to its daily operations. Thus, if providing Mr. Turner access to the law library on daily basis is not feasible, the Court will not

1   require it. All the Court will order is increased access. The Court also reminds Mr. Turner that he

2   has able counsel appointed specifically to understand and argue legal matters in this case.

3          **IT IS THERERFORE ORDERED** that ECF No. 57 is GRANTED in part and DENIED

4   in part.

5          **IT IS FURTHER ORDERED** that the hearing scheduled for December 21, 2021 is

6   hereby VACATED.

7

8          DATED: December 10, 2021.

9                                                    _____

10                                                   BRENDA WEKSLER
                                                     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28