# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GEORGE ORVILLE TURNER, JR.,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00013-KJD-BNW-1<br><br>**ORDER**<br><br>MOTION TO REOPEN DETENTION HEARING (ECF NO. 75) |

　　　Defendant George Orville Turner, Jr. filed a motion to reopen his detention hearing. ECF No. 75. I have reviewed the record and shorten the amount of time for the government to respond to defendant's motion.

　　　ACCORDINGLY,

　　　I ORDER that the government has until December 21, 2021, to file a response to defendant's motion to reopen his detention hearing (ECF No. 75).

　　　DATED this 14th day of December 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　                                     UNITED STATES MAGISTRATE JUDGE