**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE ORVILLE TURNER, JR.,<br><br>Defendant. | 2:21-CR-013-KJD-BNW<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by George Orville Turner, Jr., to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which George Orville Turner, Jr., pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 102; Plea Agreement, ECF No. 105; Preliminary Order of Forfeiture, ECF No. 106.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 28, 2022, through May 27, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 107-1, p. 5.

     This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 108.

     On May 10, 2022, the United States Attorney's Office served and attempted to serve Myra Gilmore-Ball or Myra Jeanette Gilmore Ball on Weeping Hollow Ave., with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown as the post office has the document listed as in transit. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 3-14.

     On May 10, 2022, the United States Attorney's Office served Myra Gilmore-Ball or Myra Jeanette Gilmore Ball on S. Maryland Parkway with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p 3-10, 15-16.

     This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

     This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

    1. a Glock, model 48, 9 caliber pistol, bearing serial number BRLK726;

    2. two loaded 9mm magazines with ten rounds each;

    3. 30 rounds of Blazer 9mm luger ammunition; and

    4. any and compatible all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED July 12, 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE