## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No.: 2:21-cr-00013-KJD-BNW |
|---|---|
| Plaintiff, | |
| v. | **Order Permitting Copies of Non-Public Docket for Appellate Purposes** |
| George Orville Turner, Jr., | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet in this matter to counsel for George Turner and counsel for the United States of America.

**Dated**: October 5, 2022.

_____
U.S. DISTRICT COURT JUDGE

4