SIGAL CHATTAH
United States Attorney
Acting District of Nevada
Nevada Bar No. 8264
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE TURNER,<br><br>　　　　Defendant. | Case No. 2:21-CR-00013-KJD-BNW<br><br>**Stipulation To Dismiss Revocation Petition and Continue Defendant on Supervised Release** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for George Turner, ("Turner"), that the supervised release revocation hearing in the abovementioned case, which is currently scheduled for September 9, 2025, be vacated for the following reasons:

1. The revocation petition (ECF No.142) filed on August 19, 2025 alleges that the defendant committed two counts of misdemeanor domestic battery on or about April 28, 2025 in violation of the terms of his supervised release.

2. On or about August 18, 2025, the state dismissed the domestic violence cases against the defendant.

3. The parties have agreed to jointly request that the Court dismiss the pending petition (ECF No. 142) without prejudice and continue the defendant on supervision under the same conditions that have been previously ordered. The parties also request that the Court vacate the revocation hearing set for September 9, 2025. Probation Office Elijah Ray agreed with dismissing the petition and vacating the hearing.

DATED this 5th day of September 2025.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of September, 2025.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE