# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEORGE ORVILLE TURNER, JR.,<br><br>　　　　Defendant. | Case No. 2:21-cr-00013-KJD-BNW<br><br>**Order** |

This matter comes before the Court on the motion to withdraw SUPRIYA PRASAD's appearance as counsel for the United States of America. Upon consideration of the same, the Court grants the motion.

**IT IS THEREFORE ORDERED** that the appearance of SUPRIYA PRASAD in the above-referenced case is withdrawn.

　　　　　　　Dated this 27th day of October 2025.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE